# Keith Wren

| | |
|---|---|
| **From:** | Rebecca Bonnevier <rbonnevier@brookshiregroceryarena.com> |
| **Sent:** | Tuesday, February 23, 2021 5:40 PM |
| **To:** | Keith Wren |
| **Subject:** | FW: FIOA - Bossier City |

Mr. Wren:
I had been unavailable until now due to the severe weather we experienced here.

ASM Global does not give out copies of internal reports. As a private management company, we are not subject to provide this.

## Rebecca L. Bonnevier

General Manager | ASM Global – *Brookshire Grocery Arena*
✉: 2000 Brookshire Arena Drive | Bossier City, LA | 71112
☎:+1.318.752.6799 | +1.318.747.2505 fax
[Rbonnevier@BrookshireGroceryArena.com](mailto:Rbonnevier@BrookshireGroceryArena.com)

**Brookshire Grocery Arena** *is committed to protecting consumer credit card data in compliance with the Payment Card Industry Date Security Standard (PCI DSS). We conduct regular vulnerability scans and penetration tests in accordance with the PCI DSS requirements for our business model.* **Brookshire Grocery Arena** *will* not accept credit card information sent electronically via emails. These messages will be deleted.
This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required, please request a hard-copy version.

**From:** Keith Wren <mkwren@wrenlawfirm.com>
**Sent:** Tuesday, February 9, 2021 5:19 PM
**To:** Rebecca Bonnevier <rbonnevier@brookshiregroceryarena.com>
**Subject:** FW: FIOA - Bossier City

Dear Ms. Bonnevier:

I never received the 2/28/2020 incident report that I requested in my FOIA request. I would appreciate it if you would send it to me as soon as possible.

Thank you.

Sincerely,

M. Keith Wren
Attorney at Law
11300 Executive Center Dr.
Suite A
Little Rock, AR 72211

Office: 501-223-0025
Fax:    501-223-5309

1
Exhibit 1

**From:** Keith Wren
**Sent:** Monday, November 9, 2020 11:39 AM
**To:** Rebecca Bonnevier <rbonnevier@centurylinkcenter.com>
**Subject:** RE: FIOA - Bossier City

Dear Ms. Bonnevier:

Would you please send me a copy of the 2/28/ 2020 incident report?

Keith Wren

**From:** Rebecca Bonnevier [mailto:rbonnevier@centurylinkcenter.com]
**Sent:** Monday, November 2, 2020 4:16 PM
**To:** Keith Wren <mkwren@wrenlawfirm.com>
**Subject:** FIOA - Bossier City
**Importance:** High

Dear Mr. Wren:
The arena, known as CenturyLink Center, is owned by the City of Bossier City, La, and managed by ASM Global, a private management company. The arena, both inside and outside, can be leased by organizations to host events.
If the public would like to engage in a peaceful protests or distribution of pamphlets, they are free to do so as long as it does not interfere with the safe ingress or egress of guests. This is especially important when the facility and property has been exclusively leased for an event.
In addition, CenturyLink Center has instituted a CODE OF CONDUCT which must be adhered to while on the premises. This Code of Conduct (copy inserted) is posted on our website under **Arena Info**.

I have researched our event files from January 1, 2019 to the present in order to seek documented instances in which anyone was removed from the property due to distribution of leaflets or other materials, or while demonstrating on CenturyLink Center property. I found no such information.

I did see an incident report from 2/28/2020, that states "Security Observed two individuals handing out pamphlets in the Parking Lots A & D. The individuals became argumentative and Security called for Bossier City Police for assistance." It further states the Pamphleteers then left the property. (It does not state they were removed.)

I, myself, remember this incident, as I heard the call over the radio for police assistance and went to the area. When I arrived, I saw police talking with two people. I did not interject. Our security guards (ASM Global employees) told me that two people with pamphlets were shouting at our guests in line that they were going to Hell for attending this event, and that it made a few "children" cry. It is my understanding that the Police asked the pamphleteers to stop upsetting the guests and that they left of their own accord.

I see no other documentation or incidents pertaining to the subject of your request.

I have also inserted a map of the property per your request.

**Rebecca L. Bonnevier**
General Manager | ASM Global *- CenturyLink Center*
✉: 2000 CenturyLink Center Drive | Bossier City, LA | 71112
☎:+1.318.752.6799 | +1.318.747.2505 fax
✆:rbonnevier@centurylinkcenter.com
CenturyLink Center is committed to protecting consumer credit card data in compliance with the Payment Card Industry Date Security Standard (PCI DSS). We conduct regular vulnerability scans and penetration tests in accordance with the PCI DSS requirements for our business model. CenturyLink Center will not accept credit card information sent electronically via emails. These messages will be deleted.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Keith Wren <mkwren@wrenlawfirm.com>
**Sent:** Thursday, October 22, 2020 2:04 PM
**To:** Rebecca Bonnevier <rbonnevier@centurylinkcenter.com>
**Subject:** RE: FOIA Request

Thank you.

---

Mr. Wren:

CenturyLink Center is managed by a private management company, therefore I will need to investigate whether we are subject to the FOIA laws.  If so, I will research if any of the requested documents exist.

Due to COVID, we currently have only 5 staff members here at the arena's administration.  It will likely take me about 2 weeks to research.  I will be able to responds to you by Thursday, November 5, 2020.

## Rebecca L. Bonnevier

General Manager | ASM Global **- *CenturyLink Center***
✉: 2000 CenturyLink Center Drive | Bossier City, LA | 71112
☎:+1.318.752.6799 | +1.318.747.2505 fax
✆:rbonnevier@centurylinkcenter.com

CenturyLink Center is committed to protecting consumer credit card data in compliance with the Payment Card Industry Date Security Standard (PCI DSS). We conduct regular vulnerability scans and penetration tests in accordance with the PCI DSS requirements for our business model. CenturyLink Center will not accept credit card information sent electronically via emails. These messages will be deleted.
This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

---

**From:** Keith Wren <mkwren@wrenlawfirm.com>
**Sent:** Wednesday, October 21, 2020 1:30 PM
**To:** Rebecca Bonnevier <rbonnevier@centurylinkcenter.com>
**Subject:** FOIA Request

Dear Ms. Bonnevier:

Under the Louisiana Public Records Act § 44:1 et seq., I am requesting to obtain copies of the following public records:

    1.    Any and all policies concerning leafleting and/or the distribution of other written material on the property commonly known as CenturyLink Center/Bossier City Arena in effect on and since January 1 , 2019.

    2.    Any and all policies concerning speech, picketing and/or demonstrations on the property commonly known as CenturyLink Center/Bossier City Arena in effect on and since January 1, 2019.

    3.    A map of the property commonly known as CenturyLink Center/Bossier City Arena.

4. Any and all reports, recordings, letters, e-mails, notes, memorandums and/or documentation of any kind whatsoever regarding the removal from the property commonly known as the CenturyLink/Bossier City Arena of any person or persons who were leafleting, distributing other written material and/or demonstrating on the property commonly known as CenturyLink Center/Bossier City Arena on and since January 1, 2019.

If you are not the correct person to whom this request should be directed please advise me of the correct person to whom this request should be sent.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $25.00.

Section 44:32(D) of the Louisiana Public Records Act requires a response within three business days. If access to the records I am requesting will take longer than that time period, please contact me with information about when I might expect copies or the ability to inspect the requested records.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for your cooperation in this matter.

M. Keith Wren
Attorney at Law
11300 Executive Center Dr.
Suite A
Little Rock, AR 72211

Office: 501-223-0025
Fax:   501-223-5309