**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **RICHARD HERSHEY** | **CIVIL ACTION NO. 5:21-cv-00460** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF BOSSIER CITY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**BOSSIER CITY DEFENDANTS' MOTION TO DISMISS**
**AND/OR FOR JUDGMENT ON THE PLEADINGS**

NOW INTO COURT, through undersigned counsel, come Defendants, City of Bossier City ("**Bossier City**"), Deputy Marshal Robert Gilbert ("**Deputy Marshal Gilbert**"), and Officer Daniel Stoll ("**Officer Stoll**")(collectively "**Bossier City Defendants**"), who respectfully move this Honorable Court to dismiss with prejudice all of the claims brought by Plaintiff, Richard Hershey ("**Plaintiff**"), against Defendants pursuant to Federal Rules of Civil Procedure 12(b)(6) and/or 12(c).

Specifically, Bossier City Defendants show in their accompanying Memorandum in Support that Plaintiff has failed to allege that Defendants violated Plaintiff's constitutional rights, warranting dismissal of all claims against them in this action. Moreover, Plaintiff has not identified any written policy or longstanding custom sufficient to state a *Monell* claim against Bossier City. Finally, Deputy Marshal Gilbert and Officer Stoll are entitled to dismissal on qualified immunity grounds as they are not alleged to have violated Plaintiff's clearly established rights.

WHEREFORE, Bossier City Defendants respectfully requests that this Court grant the instant Motion and dismiss Plaintiff's claims against Bossier City Defendants with prejudice, at Plaintiff's costs, and for all such other legal and/or equitable relief warranted under the circumstances.

Respectfully submitted,

**WIENER WEISS & MADISON**
A Professional Corporation

By: */s/ Reid A. Jones*_____
      Layne A. Clark, Jr. (#23686)
      Marjorie L. Frazier (#32991)
      Reid A. Jones (#34611)
330 Marshall Street, Suite 1000 (71101)
P. O. Box 21990
Shreveport, LA  71120-1990
Telephone:    (318) 226-9100
Facsimile:    (318) 424-5128
Email:    lclark@wwmlaw.com
Email:    mfrazier@wwmlaw.com
Email:    rjones@wwmlaw.com

**ATTORNEYS FOR DEFENDANTS, CITY OF BOSSIER CITY, DEPUTY MARSHAL ROBERT GILBERT, AND OFFICER DANIEL STOLL**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I served a copy of the above and foregoing on all counsel of record via the Court's CM/ECF filing system.

      */s/ Reid A. Jones*_____
      Reid A. Jones

2