IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RICHARD HERSHEY

VERSUS

CITY OF BOSSIER CITY

CIVIL ACTION NO.
5:21-CV-00460 TAD

---

## **MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel come David Smith, Tyshon Harvey and Eugene Tucker, sought to be made Defendants in this matter, who pursuant to Rule 12 of the Federal Rules of Civil Procedure, seek dismissal of the claims of Plaintiff Richard Hershey on the grounds that Plaintiff failed to plead a valid cause of action against these Defendants under 42 U.S.C. § 1983 on the basis these individuals are private citizens and not State actors to which liability may attach under 42 U.S.C. § 1983 and Plaintiff has likewise not plead any other valid cause of action against these Defendants.

WHEREFORE, all premises considered, David Smith, Tyshon Harvey and Eugene Tucker pray that after the hearing on this matter, this Honorable Court dismiss the claims of Plaintiff Richard Hershey on the basis he has failed to plead a valid cause of action against the Defendants under 42 U.S.C. § 1983 or under any other cause of action.

Respectfully submitted,

DEGAN, BLANCHARD & NASH

SIDNEY W. DEGAN, III (#04804)
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 529-3333
Fax: (504) 529-3337
E-Mail:  sdegan@degan.com

By:   s/Mandy A. Simon
      MANDY A. SIMON (#33373)
      DEGAN, BLANCHARD & NASH
      600 Jefferson Street, Suite 800
      Lafayette, Louisiana 70501
      Telephone: (337) 345-8628
      Fax: (337) 345-5732
      E-Mail: msimon@degan.com

*Counsel for David Smith, Tyshon Harvey and Eugene Tucker*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and has been served upon counsel for all parties to this proceeding via electronic filing notification, facsimile and/or first class United States mail, properly addressed, postage prepaid, at the last known address.

Lafayette, Louisiana, this 6th day of August 2021.

      s/Mandy A. Simon
      MANDY A. SIMON