# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

**RICHARD HERSHEY**                          **CASE NO.  5:21-CV-00460**

**VERSUS**                                   **JUDGE TERRY A. DOUGHTY**

**CITY OF BOSSIER CITY ET AL**               **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 33] having been

considered, together with the written Objection [Doc. No. 37] thereto filed with this Court, and,

after a *de novo* review of the record, finding that the Magistrate Judge's Report and

Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Defendants' Motion to

Dismiss [Doc. No. 19] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all claims against

the City of Bossier City, Bobby Gilbert, and Daniel Stoll are **DISMISSED WITH**

**PREJUDICE.**

MONROE, LOUISIANA, this 24th day of September 2021.


_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE