**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **RICHARD HERSHEY** | **CASE NO. 5:21-CV-00460** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF BOSSIER CITY ET AL** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 39] having been considered, together with the written Objection [Doc. No. 40] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Defendants' Motion to Dismiss [Doc. No. 28] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all claims against Tyshon Harvey, David Smith, and Eugene Tucker are **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 16th day of November 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE