# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 13, 2026
Lyle W. Cayce
Clerk

_____

No. 21-30754
_____

RICHARD HERSHEY,

    *Plaintiff—Appellant*,

*versus*

CITY OF BOSSIER CITY; BOBBY GILBERT, *Individually and in his Capacity as Deputy Marshal*; DANIEL STOLL; DAVID SMITH; TYSHON HARVEY; EUGENE TUCKER,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:21-CV-460

_____

## PUBLISHED ORDER

Before DENNIS, RICHMAN, and HO, *Circuit Judges*.[*]

PER CURIAM:

    IT IS ORDERED that panel rehearing is DENIED. *See* FED. R. APP. 40(a); 5TH CIR. R. 40 I.O.P.

_____

[*] Judge Dennis did not participate in this decision.

No. 21-30754

JAMES C. HO, *Circuit Judge*, dissenting:

I would have granted panel rehearing, and taken the en banc dissental at its word, regarding its sudden and profoundly surprising change of heart on qualified immunity. Panel rehearing would have given Richard Hershey the opportunity to brief the qualified immunity issues that the dissental purportedly welcomed him to present. But I'm now reminded that "dissents . . . carry no legal force." *Georgia v. Public.Resource.Org, Inc.*, 590 U.S. 255, 273 (2020). So whatever assurances Hershey thought he was getting, it turns out that "comments in a dissenting opinion about legal principles and precedents are just that: comments in a dissenting opinion." *Id.* (cleaned up). I regret that things have come to this. The judiciary possesses neither the sword nor the purse. All we have is our word.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-30754    Hershey v. City of Bossier City
                          USDC No. 5:21-CV-460

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Jorge Benjamin Aguinaga
Mr. Travis Louis Bourgeois
Mr. Layne A. Clark Jr.
Mr. Sidney W. Degan III
Mr. Thomas More Flanagan
Ms. Sarah Giglio
Mr. David J. Hacker
Mr. Anders F. Holmgren
Mr. Reid A. Jones
Mr. Nathan W. Kellum
Mr. Jeffrey Carl Mateer
Mr. Daniel J. McCoy
Mr. Jordan B. Redmon
Mr. Hiram Stanley Sasser III
Mr. Kelly J. Shackelford
Ms. Mandy A. Simon
Ms. Erin Smith
Ms. Kelsey LeeAnn Smith
Mr. Matthew Keith Wren